IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 23  AM 11: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

O'NEAL DANDRIDGE,

    Plaintiff,

v.                                                No. 05-2401

OKAEI HOOMAN and
JOSE A. BARRIGA,

    Defendants.

---

ORDER STRIKING THE JUNE 16, 2005 FILING BY THE PLAINTIFF

---

On June 16, 2005, pro se Plaintiff, O'Neal Dandridge, submitted a filing to the Court which

stated "I am opening the complaint of 2005 June - 3 of 05-2401-BP." However, the Court dismissed

Plaintiff's complaint on June 8, 2005 after the Plaintiff submitted a notice of voluntary dismissal

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  As this case is no longer pending

before the Court, Plaintiff's June 16, 2005 filing is hereby stricken from the record.

**IT IS SO ORDERED** this 23rd day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6·24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02401 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

O'Neal Dandridge
3120 Alta Road
Memphis, TN 38109

Honorable J. Breen
US DISTRICT COURT